## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KATHERINE E. VOLLMER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cause No. 4:26-cv-231 ) ) |
| JPMORGAN CHASE BANK, N.A. (incorrectly named as CHASE BANK USA, N.A.), | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(c) and 1446, Defendant, JPMORGAN CHASE BANK, N.A. (incorrectly named as Chase Bank USA, N.A.) ("Chase"), hereby removes this action from the Circuit Court of the City of St. Louis, Missouri, to the U.S. District Court for the Eastern District of Missouri. As explained below, this action is within this Court's original jurisdiction because Plaintiff has made claims under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681.

1. On January 13, 2026, Katherine Vollmer ("Plaintiff") filed a Petition against Chase in the Circuit Court of the City of St. Louis, Cause No. 2622-CC00058. The Petition alleges two counts of violations of the FCRA under 15 U.S.C. § 1681s-2(b).

2. Specifically, Plaintiff alleges Chase "negligently failed to conduct a reasonable investigation of Plaintiff's disputes … and failed to permanently delete information which was inaccurate, incomplete, or which could not be verified." Petition, ¶ 18. Plaintiff alleges further that Chase "willfully failed to conduct a reasonable investigation of Plaintiff's disputes … and failed to permanently delete information which was inaccurate, incomplete, or which could not be verified. Petition, ¶ 22.

3. Chase may remove an action to federal court by filing a notice of removal in accordance with 28 U.S.C. § 1446(c). Chase received a waiver of the service of summons on January 15, 2026. This Notice of Removal is timely because it was filed within 30 days after Defendant received a copy of the initial pleading. 28 U.S.C. § 1446(b)(2)(B).

4. This action is within the Court's original jurisdiction under 28 U.S.C. § 1331 and 15 U.S.C. § 1681 because Plaintiff's claim for relief arises under the FCRA.

5. Accordingly, Plaintiff's claims arise under the laws of the United States and could have been originally filed in this Court.

6. A copy of all pleadings served in the state court are attached as Exhibit A. The matter was assigned Case No. 2622-CC00058 in state court.

7. Nothing in this notice of removal shall be interpreted as a waiver or relinquishment of any of Chase's rights to assert any defense or affirmative matter, including, but not limited to, the defenses of: (1) lack of jurisdiction over the person; (2) improper venue; (3) insufficiency of process; (4) insufficiency of service of process; (5) improper joinder of claims and/or parties; (6) failure to state a claim; (7) the mandatory arbitrability of some or all of the claims; (8) failure to join indispensable parties; or (9) any other pertinent defense available to Chase.

8. Pursuant to 28 U.S.C. § 1446, Defendant will file a Notice of Filing of Notice of Removal with the Circuit Court of the City of St. Louis concurrent with the filing of the Notice of Removal.

Respectfully submitted,

**HINSHAW & CULBERTSON, LLP**

By: */s/ James M. Brodzik*
James M. Brodzik, #66700
James C. Sanders, #73001
701 Market Street, Suite 260

St. Louis, MO 63101
P: 314-241-2600
F: 314-241-7428
jbrodzik@hinshawlaw.com
jsanders@hinshawlaw.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices, on this 16th day of February 2026.

Thomas J. Magee, #32871
HeplerBroom LLC
701 Market St., Suite 1400
St. Louis, MO 63101
Phone: 314-241-6160
Email: Thomas.Magee@heplerbroom.com
*Attorneys for Plaintiff*

                                            /s/ James M. Brodzik